AP-77,046
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/23/2015 3:50:21 PM
Accepted 3/24/2015 8:57:55 AM
ABEL ACOSTA
CLERK



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 23, 2015

**FILED IN
COURT OF CRIMINAL APPEALS**

March 24, 2015

ABEL ACOSTA, CLERK

**Via ECF filing**
Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re:    *Henry W. Skinner v. State*, CCA No. AP-77,046

Dear Mr. Acosta:

In accordance with your directive of March 20, 2015, I hereby notify the Court that I will appear for oral argument on behalf of the State.

Sincerely,


 /s/ Katherine D. Hayes
KATHERINE D. HAYES
Assistant Attorney General
Criminal Appeals Division
SBOT 00796729
*Counsel of Record*
(512) 936-1400; (512) 320-8132 fax
katherine.hayes@texasattorneygeneral.gov


cc:    Franklin McDonough
District Attorney 31st Judicial District
Franklin.McDonough@graycch.com